

FILED
FEB 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Eric Mora (AM1004)
(Name of Plaintiff)

CSP Solano PO Box 4000
(Address of Plaintiff)

Vacaville, CA 95696

2:14-cv-00581 EFB (PC)
(Case Number)

vs.

COMPLAINT

California Correctional Center (Susanville prison)

(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff _____ N/A _____

            Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983    Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

N/A

3. Docket Number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
   ☑ Yes  ☐ No
   If your answer is no, explain why not _____

   C. Is the grievance process completed?  ☑ Yes  ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Prison employees & Officials employed as California Correctional Center at PO Box 2210 Susanville Ca 96127.

B. Additional defendants The prison officers/supervisors, their medical staff, the health care provider for Susanville prison, and the doctors involved.

2

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

My father Eric Mora received inadequate medical care, attached is a letter he wrote around Oct. 24, 2013 which states all facts of this incident. He recently had his second surgery between end of Jan. 2014 and Beginning of Feb. 2014. Since this second surgery he now suffers from pain, face disfigurement, seeing floating spots, and has permanent loss of vision which started Sep.1, 2013 and continues to still affect him now. I have also attached my power of Attorney paper. My name is Erica Mora. My address is: PO BOX 3417 San Leandro, Ca. 94578

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Eric Mora is requesting money for damages and possible injunctive Relief. And would like to file a Federal Civil Rights Suit.

Signed this 27th day of February, 2014.

_____ P.O.A.
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

2/27/2014
(Date)

_____ P.O.A.
(Signature of Plaintiff)

3

DEAR ERICA - THIS [illegible]
PRISON LAW OFFICE AT
GENERAL DELIVERY
SAN QUENTIN, CA.
94964

YOU CAN MAKE COPIES OF
THIS LETTER WHICH BRIEFLY
TELLS MY STORY AND FAX IT
TO WHATEVER LAWYERS YOU WANT

YOU CAN CALL CASSIE PIERSON
AT 415-255-7036
HE IS AT:
LEGAL SERVICES FOR
PRISONERS WITH CHILDREN
1540 MARKET STREET SUITE 490
SAN FRANCISCO CA 94102
INFO@PRISONERSWITHCHILDREN.ORG

AGG1

TO WHOM IT MAY CONCERN:
I HAVE A PERMANENT INJURY TO MY RIGHT EYE THAT WAS THE RESULT OF THE DELIBERATE AND NEGLIGENT ACTION OF MORE THAN ONE STATE PRISON EMPLOYEES, AND I WANT TO SUE THE STATE PRISON OFFICIALS THAT ARE RESPONSIBLE. I WANT TO PRESENT A FORMAL CLAIM TO THE STATE BOARD OF CONTROL AND SUE THE DOCTORS TOO.

I HAD CATARACT SURGERY ON FEBUARY 14, 2013 WHILE IN PRISON CUSTODY. I PAID THE SURGEON $1,000 FOR A TORQUE LENS IMPLANT THAT HE INSERTED IN MY RIGHT EYE BECAUSE THE STATE HEALTH CARE PROVIDER WOULD NOT PAY FOR IT. THE $1,000 WAS REMOVED FROM MY PRISON ACCOUNT AND GIVEN TO THE SURGEON IN RENO TO PAY FOR THE TORQUE LENS BY A STATE PRISON OFFICIAL. THE OPERATION SEEMED TO BE A COMPLETE SUCCESS - RESULTING WITH EXCELENT 20/20 VISION IN MY RIGHT EYE.
    AROUND 6 MONTHS LATER ON SEPTEMBER 1, 2013 DURING A PRISON LOCKDOWN, I EXPERIENCED A SEVERE AND SUDDEN LOSS OF VISION IN THAT SAME RIGHT EYE AND I IMMEDIATLY FILLED OUT A MEDICAL REQUEST FORM, TO REPORT WHAT HAD JUST HAPPENED. AT FIRST, THEY DIDNT BELIEVE ME AND TOLD ME THERE WOULD BE NO INMATE MOVEMENT DURING THE LOCKDOWN, UNLESS I WAS DYING. 3 DAYS LATER THEY SENT A NURSE

pg 2

to see me, next to my jail cell because I wasn't allowed to go to the medical clinic unless I was dying. The nurse put an eye chart on the wall that I couldn't read, then told me that nothing is wrong with my right eye. Then, a few days later another nurse came back to my cell and told me that they lost the eye chart test results and she had me try to read another eye chart on the wall by my cell. My right eye had gotten worse but the nurse told me she didn't think anything was wrong with my eye. Later I took 3 more eye chart tests and my right eye was rapidly getting worse - to the point where I couldn't even see the eye chart. Finally, on the day the lockdown ended, on September 16, 2013, the doctor in the medical clinic, in the prison believed me this time when he had me try to read the eye chart that I could no longer see with my right eye. The next morning, September 17, 2013 he had the correctional officers take me to Reno, to see the specialist that had preformed the cataract removal and torque lens implant around 6 months ago on Feburary 14, 2013. The specialist in Reno, using the proper equipment, discovered that I had a detached retina, he said he could have easily fixed it with a simple lazer procedure if they would have brought me to him

66 3

WITHIN 7 DAYS FROM THE TIME THAT I FIRST EXPERIENCED THE SUDDEN LOSS OF VISION WHICH OFTEN HAPPENS AFTER A CATARACT REMOVAL. AND IT IS EASY TO FIX AS LONG AS YOU CATCH IT IN TIME - BUT NOW, WEEKS LATER, HE TOLD ME THERE IS A GOOD CHANCE THAT I WILL GO BLIND IN MY RIGHT EYE BECAUSE THEY WAITED SO LONG TO BRING ME TO SEE HIM. HE HAD THE CORRECTIONAL OFFICERS RUSH ME TO U.C. DAVIS IN SACRAMENTO. SO THE EYE SPECIALIST AT U.C DAVIS PREFORMED A VETRECTOMY OPERATION ON MY RIGHT EYE THE NEXT DAY (SEPTEMBER 18, 2013). THE SURGEON TOLD ME THAT AFTER THE OPERATION I HAD TO STAY PERFECTLY STILL WITH MY HEAD FACING STRAIGHT DOWN, IN BED, AT ALL TIMES FOR 2 WEEKS. BUT, INSTED OF BRINGING ME TO A BED, THE CORRECTIONAL OFFICERS TOOK ME STRAIGHT FROM THE OPERATING TABLE TO THE TRANSPORT VAN, WITH MY LEGS AND ARMS IN CHAINS, MAKING IT IMPOSSIBLE TO LAY STILL AND FACING DOWN IN THE VAN - RIGHT AFTER THE OPERATION. NOW I WILL REQUIRE ANOTHER SURGERY ON MY RIGHT EYE, BECAUSE I HAD TO BE MOVED BACK UP TO SUSANVILLE, 250 MILES OF BUMPY SIDE ROADS AWAY IN A VAN WITH A WORN OUT SUSPENSION - THE SURGEON ALSO TOLD ME THAT SHE HAD TO REMOVE SCAR TISSUE FROM MY EYE BECAUSE THEY WAITED SO LONG TO BRING ME TO HER, THIS ALSO RESULTED IN CAUSING ME MORE PERMANENT DAMAGE TO MY RIGHT EYE.

ON SEPTEMBER 18, 2013, THE MORNING BEFORE THE SURGEON AT U.C. DAVIS PREFORMED THE VETRECTOMY OPERATION ON ME - WHICH IS A VERY COMPLICATED AND DELICATE PROCEDURE IN WHICH THE SURGEON HAD TO CUT MY EYE BALL OPEN AND OPERATE ON THE BACK SIDE OF MY EYE BALL, I WAS TOLD BY THE CORRECTIONAL OFFICERS AND PRISON DOCTOR IN SUSANVILLE THAT I WOULD HAVE TO BE MOVED TO THE FOLSOM PRISON INFIRMARY RIGHT AFTER THE OPERATION TO RECOVER PROPERLY, FACING DOWN AND KEEPING STILL AT ALL TIMES - WHEN WE GOT BACK TO U.C. DAVIS FOR THE OPERATION THE SURGEON TOLD ME AND THE CORRECTIONAL OFFICERS THAT I COULD NOT GO ABOVE 2000 FEET ELEVATION AFTER THE OPERATION - THEN THE SURGEON DISCUSSED THE SITUATION WITH THE SUSANVILLE PRISON OFFICIALS - BECAUSE SUSANVILLE IS ABOVE 2000 FEET. THEN THE SURGEON CHANGED HER PLAN TO ACCOMIDATE THE PRISON OFFICIALS - THE NEW PLAN WOULD REQUIRE 2 OPERATIONS INSTEAD OF THE ORIGINAL PLAN THAT ONLY REQUIRED ONE OPERATION - WITH BOTH OF THE ALTERNATIVES HAVING THE SAME RESULTS - SO NOW I'M TOLD I WILL HAVE TO GET MY EYE CUT OPEN TWICE - WHEN ONLY ONE OPERATION WOULD HAVE BEEN NESSESARY IF THE PRISON OFFICIALS WOULD HAVE ALLOWED ME TO GO TO FOLSOM AFTER THE OPERATION, AS ORIGINALLY PLANED - THIS WAY THE SURGEON COULD SATISFY THE CORRECTIONAL OFFICERS BY GIVING ME THE 2 OPERATIONS, THE CORRECTION OFFICERS COULD NOW TRANSPORT ME BACK UP TO SUSANVILLE AND THE 2000 FOOT ELEVATION WILL NO LONGER BE A PROBLEM. THE 2ND OPERATION WILL BE

in about 6 months. So she changed the plan and decided to do a procedure that would now require her to cut my eye open on the operating table, then let it heal, then 6 months later, cut my eye open again and risk complications and possible permanent blindness in my right eye, just to satisfy the prison officials, to make it easier for them, so they wouldn't have to bring me to Folsom and they could now move me back up to Susanville. When I asked the corrections officer that was driving the transport van - "Why didn't you guys let me go to Folsom, since that was the original plan? He responded that "he is making $500 a day in overtime every time he transports me back and forth from Susanville to Sacramento then back again to Susanville, and if I would have gone to Folsom, he wouldn't have gotten his overtime money. I was driven back and forth, from Susanville to U.C. Davis and back to Susanville 4 times within one week - a total of 2,000 miles in a van with bad suspension and bumpy side roads, for followup visits when this time should have been spent laying still, face down in bed, in Folsom. He took the bumpy side roads to give himself more driving time and more overtime money. As a result some fluid came back into my right eye and the fluid will cause permanent damage, causing additional problems for the surgeon when they do the next operation.

WHEN I GOT BACK UP TO SUSANVILLE AFTER ONE OF THE 500 MILE FOLLOW UP TRIPS TO U.C. DAVIS. THE PRISON DOCTOR SAID THAT "I SHOULD NEVER HAVE BEEN BROUGHT BACK TO SUSANVILLE THEY SHOULD HAVE KEPT ME AT FOLSOM"

I AM NOW ATTEMPTING TO MAKE SURE THAT THE SAME SURGEON THAT PERFORMED THE FIRST VETRECTOMY OPERATION THAT WAS AN ATTEMPT TO FIX MY DETACHED RETINA, AT U.C. DAVIS, SACREMENTO, ALSO SHOULD DO THE 2ND OPERATION THAT IS REQUIRED IN ABOUT 6 MONTHS. THE DOCTOR HERE IN SUSANVILLE SAYS THAT THIS SHOULD BE DONE BY THE SAME DOCTOR. BUT, THE COUNSELOR HERE JUST INFORMED ME THAT MY CLASSIFICATION HAS JUST BEEN CHANGED TO "HIGH RISK MEDICAL" AND NOW, BECAUSE OF THIS NEW CLASSIFICATION - I MUST BE MOVED TO ANOTHER PRISON WITHIN ONE MONTH AND MY NEXT SURGERY WILL BE IN ABOUT 6 MONTHS. THE COUNSELOR SAID HE HAS NO WAY TO GUARANTEE THAT I WILL BE MOVED TO A PRISON THAT IS CLOSE TO SACRAMENTO - U.C. DAVIS BUT HE WILL "LOOK INTO IT" - I BELIEVE THAT MY MEDICAL CARE SHOULD COME FIRST AND I SHOULD BE GUARANTEED PLACEMENT IN A PRISON CLOSE TO U.C. DAVIS. IF THIS ISNT THE LAW, THEN IT SHOULD BE. I WILL KEEP TRYING TO MAKE THIS HAPPEN

OVER

# POWER OF ATTORNEY
(General)

KNOW ALL PEOPLE BY THESE PRESENTS;

1. That Eric Stewart Mora, of 6201 BROOKSIDE AVE
City of OAKLAND, County of ALAMEDA, State of California,
hereby nominate, constitute, and appoint Erica S. Mora,
of 1115 70th Ave #A, City of Oakland,
County of Alameda, State of California,
my true and lawful attorney in fact, for me and in my name, place, stead, and for my use and benefit;

EM (a) To exercise, do, or perform any act, right, power, duty, or obligation whatsoever that I now have or may acquire the legal right, power, or capacity to exercise, do, or perform in connection with, arising out of, or relating to any person, item, thing, transaction, business property, real or personal, tangible or intangible, or matter whatsoever;

EM (b) To ask demand, sue for, recover, collect, receive, and hold and possess all such sums of money, debts, dues, bonds, notes, checks, drafts, accounts, deposits, legacies, bequests, devises, interests, dividends, stock certificates, certificates of deposit, annuities, pension and retirement benefits, insurance benefits and proceeds, documents of title, choses in action, personal and real property, tangible and intangible property and property rights, and demand whatsoever, liquidated or unliquidated, as are now, or shall hereafter become due, owing payable, owned or belonging to me or in which I have or may acquire an interest, and to have, use, and take all lawful ways and means and legal and equitable remedies, procedures, and writs in my name for the collection and recovery thereof, by attachment, arrests, distress, or otherwise, and to compromise, settle and agree for the same, and to make, execute, and deliver for me and in my name all endorsements, acquittances, releases, receipts or other sufficient discharges for the same;

EM (c) To improve, repair, maintain, insure, rent, lease, sell, release, convey, remise, purchase, receive, subject to liens, mortgage, and hypothecate, and in any way or manner deal with all or any part of any real or personal property, tangible and intangible, whatsoever, or any interest therein, which I now own or may hereafter acquire, in my name, and under such terms and conditions, and under such covenants as my attorney in fact shall deem proper;

EM (d) To engage in and transact any and all lawful business of whatever nature or kind for me and in my name; and

EM (e) To sign, endorse, execute, acknowledge, deliver, receive, and possess such applications, contracts, agreements, options, covenants, deeds, conveyances, trust deeds, security agreements, bills of sale, leases, mortgages, assignments, insurance policies, bills of exchange, notes, stock certificates, proxies, warrants, commercial paper, receipts, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of, banks, savings and loan or other institutions or associations, proofs of loss, evidence of debts, releases, and satisfaction of mortgages, judgments, liens, security agreements, and other debts, and obligations, and such other instruments in writing or whatever kind and nature as may be necessary or proper in the exercise of the rights and powers herein granted.

EM 2. GIVING AND GRANTING to my attorney in fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary, and proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as I might or could do if personally present, with full power of delegation, substitution, or revocation, hereby ratifying and confirming all that my attorney in fact may lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted.

EM 3. This instrument is to be construed and interpreted as a General Power of Attorney. The enumeration of specific items, acts, rights or power herein does not limit or restrict, and is not to be construed or interpreted as limiting or restricting the general powers herein granted to my attorney in fact.

EM 4. By executing this document I further intend to revoke all previous general power of attorney appointments executed by me or on my behalf.

(You may state a date to terminate the powers granted by this Power of Attorney in the following clause. A termination date is optional.)

EM 5. All power and authority granted in this Power of Attorney will automatically terminate on Not at This Time

**NOTICE:** Your signature must be witnessed by either of the following: (1) Acknowledged before a Notary Public; **or** (2) Signed below by two adult witnesses; neither witness may be your attorney in fact and each witness must witness your signing of this Power of Attorney (or your signing an acknowledgment of your signature).

**IN WITNESS WHEREOF,** I have personally signed my name to this Power of Attorney on _March 22 2007_
(Date)
in the City of _Oakland_, County of _Alameda_, State of California,

_[signature]_ ERIC STEWART MORA
(Signature of Principal) (Print Name of Principal)

### STATEMENT OF WITNESS

I declare under the penalty of perjury under the laws of California that the person who signed or acknowledged this document is personally known to me (or provided to me on the basis of convincing evidence) to be the principal, that the principal signed or acknowledged this power of attorney in my presence, and that the principal appears to be of sound mind and under no duress, fraud, or undue influence.

_[signature]_
(Signature of First Witness)   (Signature of Second Witness)

V. RAMIREZ
(Printed Name of First Witness)   (Printed Name of Second Witness)

3/22/07
(Date)   (Date)

CONFIDENTIAL
(Residential Address)   (Residential Address)

CONFIDENTIAL
(Residential Address)   (Residential Address)

STATE OF CALIFORNIA
COUNTY OF _Alameda_ }

On _March 22 2007_ before me, _Maria L Hernandez Perez_
(Date)   (Name and Title of Officer)

personally appeared _Eric Stewart Mora_
personally known to me (or proved on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed in the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Maria L Hernandez Perez_
(NOTARY PUBLIC IN AND FOR THE STATE OF CALIFORNIA)



MARIA L. HERNANDEZ PEREZ
Commission # 1491550
Notary Public - California
Alameda County
My Comm. Expires May 25, 2008