UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA, | No. 2:14-cv-0581-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONAL CENTER, et. al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1]  He has paid the filing fee.

On October 20, 2015, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A.  The court found the allegations sufficient to state a potentially cognizable claim against defendants Eaton and Gomer and dismissed all other claims/defendants with leave to amend within 30 days.  The court also informed plaintiff that if he wished to have the United States Marshal serve the complaint on defendants Eaton and Gomer he must file a request for leave to proceed in forma pauperis within 30 days.  The time for acting has passed and plaintiff has not filed an amended complaint or an application for leave to proceed in forma pauperis.

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the court shall issue a
2 summons and new case civil documents, and plaintiff shall effect service of process in accordance
3 with Rule 4(m) of the Federal Rules of Civil Procedure.
4 DATED: November 23, 2015.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE