UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC MORA,

        Plaintiff,

  v.

ZACK EATON, et al.,

        Defendants.

No. 2:14-cv-0581-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 23, 2016, the court ordered plaintiff to submit the necessary documents to effectuate service of process on defendants through the United States Marshal. ECF No. 23. Plaintiff submitted the summons and completed forms USM-285 as ordered, but only submitted copies of the first 22 pages of the 206-page amended complaint, thereby omitting all of its exhibits.

Accordingly, IT IS HEREBY ORDERED that within 21 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court along with the required number of copies of pages 23 through 206 of the amended complaint. Failure to comply with this order may result in an order of dismissal. The Clerk of

/////

/////

1

1  the Court shall send to plaintiff one copy of pages 23 through 206 of the May 10, 2016 third

2  amended complaint.

3  DATED: June 29, 2016.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10                     UNITED STATES DISTRICT COURT
11                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13   ERIC MORA,                          No. 2:14-cv-581-EFB P
14          Plaintiff,
15      v.                               NOTICE OF SUBMISSION OF
                                         DOCUMENTS
16   ZACK EATON, et al.,
17          Defendants.
18

19      Plaintiff hereby submits the following documents in compliance with the court's order

20   filed _____:

21

22      _9_ copies of pages 23 through 206 of the endorsed May 10, 2016 third amended
23          complaint

24

25   DATED:

26
                                          _____
27                                              Plaintiff
28
                                    3