UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA,<br><br>        Plaintiff,<br><br>    v.<br><br>EATON, et al.,<br><br>        Defendants. | No. 2:14-cv-0581 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On March 29, 2019, the court denied defendants' motion for summary judgment. Accordingly, IT IS HEREBY ORDERED as follows:

    1. Within twenty days of the date of this order, each party shall inform the court whether they feel a settlement conference would be useful. If they find it would, then the party shall also state whether they waive any claim of disqualification from having the undersigned magistrate judge conduct the conference or whether they wish to have a different magistrate judge conduct it.

////
////
////
////

1

2. If the parties do not agree that a settlement conference would be useful, the court will set deadlines for the filing of pretrial statements pursuant to Local Rule 281.

Dated: May 20, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mora0581.sett