UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA,<br><br>            Plaintiff,<br><br>    v.<br><br>EATON, et al.,<br><br>            Defendants. | No. 2:14-cv-0581 KJM DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. The court has scheduled a settlement conference for November 20, 2019. The parties have been ordered to submit confidential settlement conference statements to the undersigned magistrate judge, to be received by November 13, 2019. (See ECF No. 93.)

      On September 16, plaintiff requested clarification of the expected contents of his confidential settlement conference statement. Plaintiff's statement should address the following subjects: (a) a brief description of his remaining claims; (b) a statement of the damages he alleges he has suffered as a result of defendants' actions; (c) a discussion of the evidence he would present at any trial in support of his claims and in support of his request for damages; and (d) a discussion of the efforts that have been made to settle the case. This list is not a limitation.

////

////

1

If plaintiff feels there is information that would be helpful to the court in resolving this case by settlement, he should include that information as well.

Dated: September 19, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mora0581.sett stmt contents