UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA,<br><br>        Plaintiff,<br><br>    v.<br><br>EATON, et al.,<br><br>        Defendants. | No. 2:14-cv-0581 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In a document filed October 24, 2019, plaintiff seeks a continuance of the settlement conference currently scheduled for November 20, 2019. Plaintiff informs the court that he is scheduled to be released on November 5 and will require some time to transition and get settled.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 97) is granted.
2. The settlement conference currently set for November 20 is continued to February 4, 2020 at 10:00 a.m. at the Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California in courtroom 27. Each party must have a principle with full and unlimited authority to negotiate and enter into a binding settlement attend. Defendants principle must attend in person. Those in attendance must be prepared to

1

discuss the claims, defenses, and damages.  The failure of any counsel, party, or authorized person subject to this order to appear in person, or as otherwise authorized by the court, may result in the imposition of sanctions.

3. On or before January 28, 2020, each party shall provide a confidential settlement statement and any documents which have not already been filed with the court and which may be relevant to resolution of this case, to chambers via e-mail to "dborders@caed.uscourts.gov."  If plaintiff is unable to access the internet, he shall send his statement to the court by U.S. mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Barnes.  If he provides his statement by U.S. mail, plaintiff shall assure that it reaches the undersigned no later than January 28, 2020.  Such statements shall not be filed with the Clerk or served on the opposing party.  However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

4. The writ of habeas corpus ad testificandum issued on August 5, 2019 (ECF No. 94) is vacated.

DATED:  October 25, 2019

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mora0581.sett conf eot

2