## UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| Eric Mora<br><br>　　　　　　　　　　　　Plaintiff.<br><br>　　　　v.<br><br>Eaton, et al.<br><br>　　　　　　　　　　　　Defendants. | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br><br><br><br><br>Case Number: 2:14-cv-0581 KJM DB P |

Based on the Substitution of Attorney filed by plaintiff on February 3, 2020 (ECF No. 101 at 3), the substitution of Matthew V. Brady as attorney for plaintiff is hereby approved and so ORDERED. The Clerk of the Court is directed to add Mr. Brady to the docket: Matthew V. Brady, 2339 Gold Meadow Way, Ste. 230, Gold River, CA 95670; matt@bradylawus.com; (916) 442-5600.

Dated: March 31, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/mora0581.sub atty or