UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA, | No. 2:14-cv-0581 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| EATON, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se. In an order filed June 15, 2020, this court set a settlement conference for August 26, 2020 at 10:00 a.m. (ECF No. 106.) The order informed the parties that the settlement conference will be conducted by video-conferencing using the Zoom application, if possible. All parties were ordered to inform the court within 30 days whether they have access to video-conferencing through the Zoom application. Thirty days have passed and the court has not received a statement from plaintiff.

Plaintiff is advised that if he wishes to proceed with this action, he must adhere to court orders and deadlines. Plaintiff will be given one more opportunity to file a statement regarding his access to the Zoom application. If he fails to file such a statement within the time required, this court may recommend this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that within 15 days of the filed date of this order, plaintiff shall file a statement informing the court whether he has access to video-

1

conferencing through the Zoom application, which should be available on smart phones or computers that have both microphones and cameras.  After the court receives plaintiff's statement, it will inform the parties about connecting to the settlement conference through Zoom video-conferencing and/or telephone.

Dated:  July 27, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mora0581.sett conf zoom stmt (2)