UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA,<br><br>            Plaintiff,<br><br>    v.<br><br>EATON, et al.,<br><br>            Defendants. | No. 2:14-cv-0581 KJM DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  A settlement conference has been set before the undersigned for August 26, 2020 at 10:00 a.m.  The parties have confirmed that they will participate in the settlement conference through the Zoom application.  (See ECF Nos. 107, 110.)

Accordingly, IT IS HEREBY ORDERED that

1. On or before 5:00 p.m. on August 24, 2020, the parties shall contact Courtroom Deputy Pete Buzo at (916) 930-4128 for instructions on participating in the settlement conference through Zoom.

2. The parties are reminded that confidential settlement conference statements must be submitted to the undersigned either by e-mail to dborders@caed.uscourts.gov or through the U.S.

////

////

mail addressed to Magistrate Judge Deborah Barnes, U.S. District Court, 501 I St., Sacramento, CA 95814, so that they are received no later than August 19, 2020.  (<u>See</u> June 15, 2020 Order.)

Dated:  August 14, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mora0581.sett conf zoom