UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA,<br><br>          Plaintiff,<br><br>     v.<br><br>EATON, et al.,<br><br>          Defendants. | No. 2:14-cv-0581 KJM DB P<br><br><br>ORDER |

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the settlement conference set for August 26, 2020 before the undersigned is vacated. This court will re-schedule the settlement conference by separate order.

DATED: August 20, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mora0581.sett conf vac

1