UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EATON, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0581 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. A settlement conference was scheduled for August 24, 2020. Shortly before the conference, the parties sought a continuance based on plaintiff's retention of an expert and on plaintiff's anticipated retention of counsel. (ECF No. 112.) The court granted that request. (ECF No. 113.) The court has received no further filings from either party.

To determine whether a settlement conference is appropriate, within thirty days of the filed date of this order, the parties shall file a joint statement regarding the status of this case and their readiness for a settlement conference. If plaintiff has retained counsel, his counsel shall

////
////
////
////

1

make an appearance and participate in conferring with defendants' counsel to prepare the joint statement.

IT IS SO ORDERED.

Dated:  January 25, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mora0581.sts stmt