# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

ERIC MORA

Plaintiff (s),

V.

EATON, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:14-cv-0581 KJM DB P

Notice is hereby given that, subject to approval by the court, Plaintiff Eric Mora substitutes
(Party (s) Name)

Steven D. Davis, Esq. , State Bar No. 89310 as counsel of record in
(Name of New Attorney)

place of Eric Mora, In Pro Se .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Steven Davis Law Group, AOC

Address: 9696 Culver Blvd., Suite 104, Culver City, CA 90232

Telephone: (310) 394-9887          Facsimile (310) 395-4023

E-Mail (Optional): steve@davislawapc.com, janine@davislawapc.com

I consent to the above substitution.

Date: February 17, 2021

x _Eric Mora_
(Signature of Party (s))

I consent to being substituted.

Date: February 17, 2021

x _Eric Mora_
(Signature of Former Attorney(s))
Plaintiff Pro Se

I consent to the above substitution.

Date: February 17, 2021

_Steven Davis_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 10, 2021

_Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/mora0581

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Steven D. Davis Law Group, APC, 9696 Culver Blvd., Suite 104, Culver City, California 90232-2700. On **February 19, 2021** I served the within documents:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

☒ [VIA EMAIL OR ELECTRONIC TRANSMISSION] I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ *(Federal)* I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 19, 2021** at Culver City, California.

_____
Janine Thompson