UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA, | No. 2:14-cv-0581 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| ZACK EATON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. Because this case did not settle during the September 8, 2021 conference, this case shall proceed to the pretrial phase.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a settlement conference and trial date (ECF No. 118) is granted in part and denied in part, as follows:

    a. Plaintiff's request for a settlement conference has been granted, a settlement conference took place on September 8, 2021

    b. Plaintiff's request for a trial date is denied as premature. The court will set a trial date after reviewing the parties' pretrial statements.

////

////

1

2. Within thirty days of the filed date of this order, plaintiff shall file a pretrial statement pursuant to Local Rule 281. Within ten days of plaintiff's filing, defendants shall file a pretrial statement. In their statements the parties are invited to submit suggestions concerning the matters set forth in Local Rule 282.

Dated: September 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/mora0581.pts ord