Steven D. Davis, Esq. (SBN 89310)
STEVEN D. DAVIS LAW GROUP, APC
9696 Culver Blvd., Suite 104
Culver City, California 90232-2740
Telephone: (310) 394-9887
Facsimile: (310) 395-4023

Attorneys for Plaintiff, Eric Mora
(File No.: CF5289)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA, | CASE NO. 2:14-cv-00581-KJM-DB |
| Plaintiffs | **NOTICE OF SETTLEMENT** |
| v. | Complaint filed May 10, 2016 |
| ZACH EATON, R.N., et al. | Assigned to Hon. Deborah Barnes |
| Defendants. | |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Eric Mora has reached a full and complete settlement with the Defendants in exchange for a dismissal and release of all claims. Dismissal of the entire action is expected to be accomplished within the next sixty (60) days.

DATED: October 7, 2021          STEVEN D. DAVIS LAW GROUP, APC

                                _____
                                STEVEN D. DAVIS
                                Attorneys for Plaintiff,
                                ERIC MORA

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Steven D. Davis Law Group, APC, 9696 Culver Blvd., Suite 104, Culver City, California 90232-2700. On **October 8, 2021** I served the within documents:

**NOTICE OF SETTLEMENT**

☒ [VIA EMAIL OR ELECTRONIC TRANSMISSION] I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ *(Federal)* I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 8, 2021** at Culver City, California.

_____
Janine Thompson