STEVEN D. DAVIS, ESQ. (SBN 89310)
STEVEN D. DAVIS LAW GROUP, APC
9696 CULVER BLVD., SUITE 104
CULVER CITY, CA 90232-2740
TEL: (310) 394-9887
FA: (310) 395-4023

*Attorney for Plaintiff,*
ERIC MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC MORA,<br><br>                              Plaintiff,<br><br>v.<br><br>ZACK EATON, R.N., et al.,<br><br>                            Defendants. | 2:14-cv-00581 KJM DB<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EATON, GOMER, AND SANDERSON**<br><br>Judge:    The Honorable Kimberly J. Mueller<br><br>Action Filed: May 10, 2016 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff ERIC MORA hereby voluntarily dismisses Defendants EATON, GOMER, and SANDERSON with prejudice.

Dated: October 22, 2021                                STEVEN D. DAVIS LAW GROUP, APC

                                                       /s/ Steven D. Davis
                                                       STEVEN D. DAVIS
                                                       *Attorney for Plaintiff,*
                                                       *ERIC MORA*

SF2016201996