UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZACK EATON, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0581 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. Plaintiff claims defendants failed to provide him timely medical treatment and caused him harm in violation of his rights under the Eighth Amendment.

On October 7, 2021 counsel for plaintiff filed a notice stating plaintiff had "reached a full and complete settlement with the Defendants." (ECF No. 125.) Thereafter, plaintiff filed a notice of dismissal with prejudice as to defendants Eaton, Gomer, and Sanderson (ECF No. 126) and a separate notice of dismissal with prejudice as to defendants Leslie and Kremer (ECF No. 127.) The court notes that defendants Wooten, Powell, and Nweke were dismissed on summary judgment. (See ECF No. 81.) Out of an abundance of caution the court will direct defendants to indicate whether they oppose the dismissal. Alternatively, the parties may file a stipulation for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order defendants shall file a statement of non-opposition to plaintiff's notices of dismissal, or the parties shall file a stipulation for voluntary dismissal.

Dated: November 15, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/mora0581.vol.dism