UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MORA, | No. 2:14-cv-0581 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| ZACK EATON, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed notices of voluntary dismissal as to defendants Eaton, Gomer, and Sanderson (ECF No. 126) and defendants Leslie and Kremer (ECF No. 127). On December 8, 2021, defendants filed a notice of non-opposition to plaintiff's notices of voluntary dismissal. (ECF No. 129.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored. The other named defendants, Wooten, Powell, and Nweke, were dismissed on summary judgment. (See ECF No. 81.) Thus, the claims in this action have been resolved.

////

////

////

////

////

1    For the reasons set forth above, IT IS HEREBY ORDERED that this action is dismissed.

2    Dated: December 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/mora0581.59